IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TELMA S DIAZ,<br><br>                Plaintiff,<br><br>vs.<br><br>JEREMIAH JOHNSON, in his individual capacity;<br><br>                Defendant. | **4:12CV3144**<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

The motion to withdraw filed by Kari Scheer as counsel of record on behalf of Defendant Jeremiah Johnson, (filing no. 48), is granted.

February 27, 2013.

                                                BY THE COURT:

                                                *s/ Cheryl R. Zwart*
                                                United States Magistrate Judge