IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TELMA S DIAZ,<br><br>     Plaintiff,<br><br>vs.<br><br>JEREMIAH JOHNSON, in his individual capacity;<br><br>     Defendant. | **4:12CV3144**<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

The motion to withdraw filed by Ryan C. Gilbride, as counsel of record on behalf of the defendant, (filing no. 57), is granted.

June 6, 2013.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge