IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TELMA S. DIAZ, | ) | 4:12CV3144 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| JEREMIAH D. JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's unopposed motion for extension of time (filing 71) is granted, as follows:

The parties shall have until June 1, 2014, to file a joint stipulation for dismissal.

November 18, 2013.          BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge